**DAY PITNEY** LLP

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC

**JOY HARMON SPERLING**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8217 F: (973) 210-8542
jsperling@daypitney.com

October 17, 2017

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re:  **Motion to Dismiss**
      *Carlene Blair v. Mortgage Electronic Registration Systems, Inc., et als.*
      Civil Action No. 2:17-cv-03683-CCC-MF

Dear Judge Cecchi:

   This firm represents defendant Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc. (collectively, "Defendants") in connection with the above matter. We submit this letter to request that Defendants' Motion to Dismiss, which was returnable October 16, 2017, be granted as Plaintiff has not filed opposition by the deadline imposed by the Clerk of the District of New Jersey pursuant to L. Civ. R. 78.1(a).

   By way of background, on May 23, 2017, Plaintiff filed the Complaint in this action. (Dkt. 1). Plaintiff served the Complaint on Defendants on September 8, 2017. On September 19, 2017, Defendants filed the Motion to Dismiss. The deadline for Plaintiff to oppose the Motion to Dismiss was October 2, 2017. To date, no opposition papers have been filed.

   Therefore, Defendants respectfully request that this Court adjudicate the Motion to Dismiss on its merits and dismiss the Complaint with prejudice.

          Respectfully submitted,

          */s/ Joy Harmon Sperling*

          Joy Harmon Sperling

JHS/src
cc:  Carlene Blair (via regular mail and certified mail, rrr)
   Elizabeth Yorty - Phelan Hallinan Diamond & Jones, PC (via e-mail)

98332071.1